**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| KingVision Pay-Per-View, Ltd., | ) | No. CV-07-0963-PHX-LOA |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| Baltazar Guzman, individually and as the alter ego of B & G Restaurant, Inc., d/b/a La Tablita Mexican Food; B & G Restaurant, Inc., an unknown business entity d/b/a La Tablita Mexican Food, | ) | |
| Defendants. | ) | |

This matter arises on the Court's review of the file. Plaintiff commenced this action on or about May 11, 2007. (docket #1) On May 16, 2007, the Court issued a Notice of Assignment and Order (docket #3) ordering that Plaintiff shall file on or before June 1, 2007 its written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge. The Court further ordered that Plaintiff shall serve upon the Defendants the appropriate consent form provided at the time of the filing of Plaintiff's Complaint, at the time of service of its Complaint upon the Defendants.

As of this date, the Plaintiff has failed to file its written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge. It is unknown to the Court if Plaintiff has yet served the each of the Defendants with his Complaint and the appropriate consent form.

Dismissal of a complaint for failure to comply with the procedural rules of the court is within the court's discretion. *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.,* 133 F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837 (9th Cir. 2000). Moreover, district courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions including, where appropriate, dismissal of a case. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

Because the period within which Plaintiff was to file its written election has passed the Court orders Plaintiff to show cause on or before **June 18, 2007** why sanctions should not be imposed upon Plaintiff for failure to comply with the Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff show cause in writing, on or before **June 18, 2007,** why sanctions should not be imposed upon Plaintiff for failure to comply with the Court's May 16, 2007 Order. Plaintiff may discharge any sanction by either consenting to magistrate jurisdiction or electing the case be assigned to a district judge on or before June 18, 2007.

DATED this 5th day of June, 2007.

Lawrence O. Anderson
United States Magistrate Judge